IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE DAVID RANDALL SMITH,<br><br>Debtor.<br>_____/<br>DAVID RANDALL SMITH,<br><br>Appellant(s),<br><br>v.<br><br>CITIMORTGAGE, INC., et. al.,<br><br>Respondent(s).<br>_____/ | CASE NOs. 5:14-cv-00674 EJD;<br>5:14-cv-00675 EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On July 29, 2014, the court issued an order requiring Appellant David Randall Smith ("Appellant") to show cause why this action should not be dismissed for failure to prosecute after Appellant failed to file opening briefs within the time provided by the scheduling order. On August 13, 2014, Appellant filed a return to the Order to Show Case explaining that he did not file opening briefs because he had not received a copy of the scheduling order from the court.

While it is not entirely reasonable for Appellant to have sat idly for months without checking the docket for cases he initiated, the court nonetheless finds that Appellant has demonstrated sufficient good cause as required. Accordingly, the Order to Show Cause is DISCHARGED, and briefing shall occur as follows: (1) Appellant must file and serve opening briefs not exceeding 25 pages in length on or before **October 2, 2014,** (2) Appellee must file and serve responsive briefs not

1  exceeding 25 pages in length 21 days after service if Appellant's briefs, and (3) Appellant must file
2  and serve a reply brief not exceeding 15 pages in length 14 days after service of Appellee's brief.
3       The court reminds Appellant that it is his responsibility to prosecute these appeals.
4  Appellant must comply with the scheduling order described above, and must check the dockets
5  regularly in order to stay updated on the actions' progress.  Failure to do so may result in the
6  dismissal of these actions for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).
7  **IT IS SO ORDERED.**

Dated:  September 4, 2014

_____
EDWARD J. DAVILA
United States District Judge

2

CASE NOs. 5:14-cv-00674 EJD; 5:14-cv-00675 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE